HENRY J. SIMON, as Executor of the Estate of ABBIE STAYFIELD, Deceased, Respondent, *v.* WHEEL CHAIR HOME FOR INCURABLES. INC., Appellant.

Argued November 14, 1944; decided December 30, 1944.

*J. C. Johnston, Harold V. Cook* and *Thomas R. Wheeler* for appellant.

*Selby G. Smith* and *Samuel Sapowitch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.